UNITED STATES DISTRICT COURT  js-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 16-5724-JFW (JEMx)**                                                   Date:  November 29, 2016

Title:       Manuel Gonzalez -v- Vitamin Shoppe Industries, Inc. et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                                  **None Present**
   **Courtroom Deputy**                                                **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                         None

**PROCEEDINGS (IN CHAMBERS):**        **ORDER DISMISSING ACTION WITHOUT PREJUDICE**


       As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of November 4, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for December 5, 2016, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

       IT IS SO ORDERED.